1  Mark E. Lowary, Esq. (SBN: 168994)
   David R. Casady, Esq. (SBN: 273282)
2  Amanda F. Riley, Esq., (SBN: 284440)
   BERMAN BERMAN BERMAN
3  SCHNEIDER & LOWARY, LLP
   2390 Professional Drive
4  Roseville, California 95661
   Telephone: (916) 846-9391
5  afriley@b3law.com

6  Martin Moreno (SBN: 228072)
   GUIDEONE INSURANCE
7  P.O. Box 14503
   Des Moines, IA 50306-3503
8  Telephone: (562) 733-2432

9  Attorneys for Defendant Harmony Home Care, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD,<br><br>    Plaintiff,<br><br>    v.<br><br>DORIS MARIE MONTESDEOCA, estate of LUCILLE J. SMITH, deceased, UNITED PARCEL SERVICE, INC., LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-30,<br><br>    Defendant. | No. 2:17-cv-02225-MCE-EFB<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND ORDER**<br><br>Complaint Filed: August 25, 2018<br>**Judge: Hon. Morrison C. England** |

**I.**

**INTRODUCTION**

The parties, Plaintiff Tyrone Doutherd, ("Plaintiff") and Defendants Harmony Home Care, Inc., Estate of Lucille J. Smith, UPS Ground Freight, Inc. and Liberty Mutual Insurance Company, (collectively "Defendants"), through their respective attorneys of record, hereby jointly stipulate to an extension of the currently scheduled discovery deadlines as set forth below.

**II.**

**RECITALS/GROUNDS FOR RELIEF**

Pursuant to Rule 16, a party may seek modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause" exists only when a scheduling deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Schafferner v. Crown Equipment Corporation*, No. C09-00284 SBA, 2011 WL 6303408, at *2 (N.D. Cal. Dec. 16, 2011) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609, (9th Cir. 1992). A party may establish good cause by showing:

> (1) that [he or she] was diligent in assisting the court in creating a workable Rule 16 order; (2) that [he or she] noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [his or her] diligent efforts to comply, because of the development of matters which could not have been reasonable foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) that [he or she} was diligent in seeking amendment of the Rule 16 order, once it became apparent that he or she could not comply with the order.

*Hood v. Hartford Life & Accident Inc., Co.*, 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (citation omitted).

///

///

///

WHEREAS the current deadline to complete all non-expert discovery is October

25, 2018.

WHEREAS Defendants requested that Plaintiff stipulate to extend the written discovery cut-off deadline because the Defendant, Harmony Home Care., Inc., believes that additional time is needed to conclude the parties' discovery and reach a good faith settlement.

AND WHEREAS, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

1. To extend the non-expert discovery cut-off deadline up to and including December 14, 2018.

2. To extend the expert discovery cut-off deadline up to and including January 31, 2019.

**SO STIPULATED**.

Dated: October 5, 2018  **BERMAN, BERMAN, BERMAN, SCHNEIDER & LOWARY, LLP**

    */s/ Amanda F. Riley*
Amanda F. Riley
Attorney for Defendant
Harmony Home Care, Inc.

Dated: October 5, 2018  **POWERS MILLER**

    */s/ Eric F. Della Santa*
Eric F. Della Santa
R. James Miller
Attorney for Defendants
Estate of Lucille J. Smith

Signatures continue on the next page
Dated: October 5, 2018  **HUNTON & WILLIAMS, LP**

|   |   |   |
|---|---|---|
| | | _/s/ Emily Burkhardt Vicente_ |
| | | Emily Burkhardt Vicente |
| | | D. Andrew Quigley |
| | | Attorney for Defendant |
| | | United Parcel Service, Inc. |
| | Dated: October 5, 2018 | **MCCURDY & MILLER, LLP** |
| | | _/s/ Kevin G. McCurdy_ |
| | | Kevin G. McCurdy |
| | | Robert J. Scott, Jr. |
| | | Attorney for Defendant |
| | | Liberty Mutual Insurance Co. |
| | Dated: October 5, 2018 | **LAW OFFICES OF ELLEN DOVE** |
| | | _/s/ Ellen C. Dover_ |
| | | Ellen C. Dove |
| | | Attorney for Plaintiff |
| | | Tyrone Doutherd |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all parties' respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: October 5, 2018

**BERMAN, BERMAN, BERMAN, SCHNEIDER & LOWARY, LLP**

 */s/ Amanda F. Riley*
Amanda F. Riley
Attorney for Defendant
Harmony Home Care, Inc.

**ORDER**

The Stipulation of the parties is accepted and the deadline for discovery of non-expert witnesses is extended up to and including **December 14, 2018**. The deadline for expert discovery is extended up to and including **January 31, 2019**.

IT IS SO ORDERED.

Dated: October 10, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 2390 Professional Drive, Roseville, California 95661. I am employed in the county of Placer where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence id deposited with the U.S. Postal Service the same date as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

## [SEE ATTACHED SERVICE LIST]

___ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

_X_ **(BY ELECTRONIC FILING AND SERVICE) with the Clerk of the Court using the CM/ECF System:** in accordance with the F.R.C.P. 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/EMF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_X_ **(Federal)** I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

___ **(BY MAIL)** Certified U.S. Mail, deposited with the U.S. Postal Service at Riverside, California that same day in the ordinary course of business I deposited such sealed envelope for collection & mailing on this same date following ordinary business practices, with a certified, return receipt requested.

___ **(BY ELECTRONIC MAIL)** Based on the parties' agreement to accept service by electronic transmission, I sent the above document(s) to the person(s) at the electronic address(es) noted in the attached service list from my electronic service address which is lcarmichael@b3law.com.

___ **(BY OVERNIGHT MAIL)**
   ___ I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or Overnite Express.

STATE
_X_ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 5, 2018, at Roseville, California.

_Lori Carmichael_                    _/s/ Lori Carmichael_
Name                                     Signature

# Service List

*Doutherd v. Doris Marie Montesdeoca, et al*
United States District Court for the Eastern District of California
Case No. 2:17-cv-02225 MCE-EFB

| | |
|---|---|
| Ellen C. Dove, Esq.<br>Attorney at Law<br>5325 Elkhorn Blvd., #160<br>Sacramento, California 95842<br>Tele: (916) 331-0111<br>Fax: (916) 726-8576<br>**Attorney for Plaintiff, Tyrone Doutherd**<br><br>R. James Miller, Esq.<br>Eric F. Della Santa<br>Powers Miller<br>3500 Douglas Blvd.<br>Suite 100<br>Roseville, CA 95661<br>916-924-7900<br>Fax: 916-924-7980<br>Email: RJM@powersmiller.com<br>Email: eds@powersmiller.com<br>**Attorneys for Defendant Estate of Lucille J. Smith and Doris Marie Montesdeoc** | HUNTON & WILLIAMS, LP<br>Emily Burkhardt Vincente<br>Anh Nguyen<br>550 Hope Street, Ste 2000<br>Los Angeles, California 90071<br>Tel: (213) 532-2000<br>Fax; (213) 532-2020<br>anguyen@huntonak.com<br>ebvicente@huntonak.com<br><br>HUNTON & WILLIAMS, LP<br>Emily Burkhardt Vicente<br>550 S Hope Street, Ste 2000<br>Los Angeles, CA 90071<br>Tel: (213) 532-2000<br>Fax: (213) 532-2020<br>ebvicente@huntonak.com<br>**Attorneys for Defendant United Parcel Service, Inc.**<br><br>**Kevin G. McCurdy**<br>McCurdy & Fuller, LLP<br>565 Middlefield Road<br>Suite 100<br>Menlo Park, CA 94025<br>650-618-3500<br>Fax: 650-618-3599<br>Email: kevin.mccurdy@mccurdylawyers.com<br><br>**Robert J. Scott , Jr.**<br>Mccurdy & Fuller LLP<br>565 Middlefield Rd.<br>Suite 100<br>Menlo Park, CA 94025<br>650-618-3500-3518<br>Fax: 650-618-3599<br>Email: robert.scott@mccurdylawyers.com<br>**Attorneys for Liberty Mutual Insurance Company** |