HUNTON ANDREWS KURTH LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@huntonak.com
D. ANDREW QUIGLEY (SBN 280986 )
Email: AQuigley@huntonak.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

KAREN JENNINGS EVANS (SBN 197046)
Email: kevans@huntonak.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Attorneys for Defendant
UPS GROUND FREIGHT, INC., erroneously named as
UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD,<br><br>    Plaintiff,<br><br>    v.<br><br>DORIS MARIE MONTESDEOCA, Estate of LUCILLE J. SMITH, deceased, UNITED PARCEL SERVICE, INC., LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1-30,<br><br>    Defendants | Case No.: 2:17-cv-02225-MCE-EFB<br><br>**[~~PROPOSED~~] ORDER DIRECTING THE PRODUCTION OF PLAINTIFF TYRONE DOUTHERD'S CELL PHONE RECORDS**<br><br>Complaint Filed: August 25, 2017<br><br>Judge: Hon. Morrison C. England<br>Magistrate Judge: Hon. Edmund F. Brennan |

Having considered all arguments regarding Plaintiff's Motion To Quash Defendant UPS Ground Freight, Inc.'s Subpoena to Cingular Wireless, the Court hereby orders as follows:

The Motion is hereby DENIED.

The Court issues the following ORDER:

- Cingular Wireless shall produce records showing the call history for both incoming and outgoing calls from Plaintiff Tyrone Doutherd's cell phone from August 27, 2015 to August 27, 2017;
- Plaintiff shall provide any necessary authorization to Cingular Wireless for the release of such records;
- Cingular Wireless first shall produce the records to Plaintiff's counsel, Ellen Dove at 5325 Elkhorn Blvd., #160, Sacramento, CA 95842;
- Plaintiff's counsel shall have the opportunity to redact the telephone numbers that invade the privacy rights of individual non-parties or violate the attorney-client privilege, and produce the redacted records to Defendant UPS Ground Freight, Inc. ("UPSF") within seven days after receipt from Cingular Wireless;
- On the same date as Plaintiff's counsel produces the redacted records, Plaintiff's counsel shall provide a privilege log identifying each redaction by the date and time listed on the records and providing the basis for each redaction with sufficient information to allow Defendant to evaluate whether the redaction was appropriate;
- UPSF shall have 7 days to contact Plaintiff's counsel with any issues or questions with regard to the redacted records, Plaintiff's counsel shall respond within 7 days;

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

- Thereafter, if UPSF is unsatisfied with Plaintiff's response to its questions or challenges, it shall have 7 days from the date of Plaintiff's response to raise with the Court any challenge to Plaintiff's redactions;
- This Order does not compel the production of any text messages, attachments or photographs, Defendant having previously withdrawn that request;
- Other than the timing specified above, the parties shall not be limited by the fact discovery cut-off in filing a subsequent motion pertaining to Plaintiff' cell phone records.

IT IS SO ORDERED.

Dated: December 11, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/ Karen Jennings Evans
Karen Jennings Evans
Hunton Andrews Kurth
Attorneys for Defendant UPSF

/s/ Ellen Dove
Ellen Dove
Attorney for Plaintiff