HUNTON ANDREWS KURTH LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@huntonak.com
D. ANDREW QUIGLEY (SBN 280986)
Email: Aquigley@huntonak.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

KAREN JENNINGS EVANS (SBN 197046)
Email: kevans@huntonak.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Attorneys for Defendant
UPS GROUND FREIGHT, INC., erroneously named as
UNITED PARCEL SERVICE, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD,<br><br>　　Plaintiff,<br><br>v.<br><br>DORIS MARIE MONTESDEOCA, estate of LUCILLE J. SMITH, deceased, UNITED PARCEL SERVICE, INC., LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 - 30,<br><br>　　Defendants | CASE NO.: 2:17-CV-02225 MCE-EFB<br><br>**ORDER ALLOWING UPS GROUND FREIGHT, INC., TO ASSERT A LIEN AGAINST ANY SETTLEMENT OR JUDGMENT**<br><br>Complaint Filed: August 25, 2017<br>Judge: Hon. Morrison C. England |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Lien Claimant, UPS GROUND FREIGHT, INC., erroneously named as United Parcel Service, Inc ("Lien Claimant") has filed an Amended Application for Lien in this matter. This Amended Application for Lien claims a first lien in the sum of $21,493.16 against any settlement or judgment in this action, and further claims and applies for a lien in the amount of any additional sum which hereafter may be paid as workers' compensation benefits to or on behalf of Plaintiff TYRONE DOUTHERD, with said lien(s) to be satisfied or paid before payment of any settlement or satisfaction of any judgment in this action

After review of this Amended Application for Lien, the Court orders that Lien Claimant, UPS GROUND FREIGHT, INC. is to receive a first lien against any settlement or judgment in this action in the sum of $21,493.16, and a lien in any additional sum which hereafter may be paid as workers' compensation benefits to or on behalf of Plaintiff TYRONE DOUTHERD, with said lien(s) to be satisfied or paid before payment of any settlement or satisfaction of any judgment in this action.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE