UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DORIS MARIE MONTESDEOCA, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2225-MCE-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on January 9, 2019, for hearing on defendant UPS Ground Freight, Inc.'s ("UPSF") motion to compel plaintiff to provide further responses to discovery requests. ECF No. 78. Attorney Karen Evans appeared on behalf of defendant UPSF, and attorney Ellen Dove appeared on behalf of plaintiff.

For the reasons stated on the record, it is hereby ORDERED that:

1. UPSF's motion to compel further responses to discovery (ECF No. 78) is granted;

2. Plaintiff shall provide further responses to UPSF's Request for Production of Documents Number 106(c)-(f), which shall include the production of plaintiff's phone records, by January 18, 2019; and

/////

/////

/////

1

3. Plaintiff shall provide supplemental response to UPSF's Interrogatory Number 18 and Requests for Admissions Numbers 3-6 by January 18, 2019.

DATED: January 16, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE