UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TYRONE DOUTHERD,

    Plaintiff,

    v.

DORIS MARIE MONTESDEOCA, et al.

    Defendants.

No. 2:17-cv-02225-MCE-EFB

**MEMORANDUM AND ORDER**

    This Court, through its courtroom deputy, has received two ex parte communications from Plaintiff's counsel, Ellen C. Dove. Those emails are hereby directed to be filed, and shall then be STRICKEN. Any future ex parte communications will automatically be filed and stricken as well. In addition, the Court has been advised that Ms. Dove visited the Court's chambers on January 9, 2019, in an attempt to discuss with the Court one of its recent rulings. Such contact is inappropriate and any further attempts by counsel at any in person ex parte communication with the Court will be disregarded.

    IT IS SO ORDERED.

Dated: January 23, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1