HUNTON ANDREWS KURTH LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@huntonak.com
D. ANDREW QUIGLEY (SBN 280986 )
Email: Aquigley@huntonak.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

KAREN JENNINGS EVANS (SBN 197046)
Email: kevans@huntonak.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Attorneys for Defendant
UPS GROUND FREIGHT, INC., erroneously named as
UNITED PARCEL SERVICE, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD,<br><br>    Plaintiff,<br><br>v.<br><br>DORIS MARIE MONTESDEOCA, estate of LUCILLE J. SMITH, deceased, UNITED PARCEL SERVICE, INC., LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 - 30,<br><br>    Defendants | CASE NO.: 2:17-CV-02225 MCE-EFB<br><br>**ORDER GRANTING DEFENDANT UPS GROUND FREIGHT, INC.'S REQUEST TO INCREASE THE PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: August 25, 2017<br>Judge: Hon. Morrison C. England |

**ORDER**

Having considered Defendant UPS Ground Freight, Inc.'s ("UPSF") Request To Increase the Page Limit For Its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment (ECF No. 110), the moving papers before me, and for good cause shown, UPSF's request is GRANTED.  UPSF's Memorandum of Points and Authorities in support of its motion for Summary Judgment may exceed the 20-page limit set forth in this Court's Initial Scheduling Order, up to and including 30 pages.

IT IS SO ORDERED.

DATED:  June 10, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT UPS GROUND FREIGHT, INC.'S REQUEST TO INCREASE THE PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT