KEVIN G. McCURDY (SBN 115083)
McCURDY LAW FIRM LLP
565 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DORIS MARIE MONTESDEOCA, Estate of LUCILLE J. SMITH, deceased, UNITED PARCEL SERVICE, INC., LIBERTY MUTUAL INSURANC COMPANY, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02225-MCE-EF B<br><br>**JUDGMENT OF DISMISSAL** |

The Court granted defendant Liberty Mutual Insurance Company's ("Liberty Mutual") Motion to Dismiss (ECF No. 39) and has dismissed Plaintiff's claims regarding Liberty Mutual without leave to amend. ECF No. 96. Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendant Liberty Mutual Insurance Company and against plaintiff Tyrone Doutherd.

IT IS SO ORDERED.

Dated: June 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE