HUNTON ANDREWS KURTH LLP
EMILY BURKHARDT VICENTE (SBN 263990)
D. ANDREW QUIGLEY (SBN 280986)
Email: ebvicente@huntonak.com
Email: aquigley@huntonak.com
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

HUNTON ANDREWS KURTH LLP
KAREN JENNINGS EVANS (SBN 197046)
Email: kevans@huntonak.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Attorneys for Defendant
UPS GROUND FREIGHT, INC.
erroneously named as United Parcel Service, Inc..

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DOUTHERD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DORIS MARIE MONTESDEOCA, ESTATE OF LUCILLE J. SMITH, DECEASED, UNITED PARCEL SERVICE, INC., LIBERTY MUTUAL INSURANCE COMPANY, AND DOES 1-30,<br><br>　　　　Defendant. | CASE NO. 2:17-CV-02225-KJM-EFB<br><br>**STIPULATION AND ORDER REGARDING THE DEADLINE FOR UPS GROUND FREIGHT INC.'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: August 25, 2018<br>**Judge: Hon. Kimberly J. Mueller** |

## I. INTRODUCTION

The Parties, Plaintiff Tyrone Doutherd, ("Plaintiff") and Defendant UPS Ground Freight, Inc. ("UPSF"), through their respective attorneys of record, hereby jointly stipulate to, and request the Court's approval extending the deadline for UPSF to file its reply papers in support of its motion for summary judgment from March 20, 2020 to March 25, 2020.

## II. RECITALS/GROUNDS FOR RELIEF

UPSF filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, in response to which Plaintiff requested additional time to file an opposition. The parties stipulated to an extension of the time for Plaintiff to file his opposition to March 6, 2020, and for UPSF to file its Reply on March 20, 2020. The parties also agreed to continue the hearing on UPSF's motion to April 24, 2020. The Court approved this Stipulation. (Dkt. 132.)

Plaintiff subsequently filed two of his opposition papers on March 8, 2020 (Dkt. 136 and 137), after the agreed upon deadline. Because of this UPSF had less time than the parties previously stipulated to for drafting and filing its reply papers.

Accordingly, to provide UPSF with additional time to prepare and file its reply, the parties have agreed to extend UPSF's deadline for filing its reply papers. This still leaves the Court adequate time to review the pleadings.

THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, as follows:

1. UPSF shall have up to and including March 25, 2020 to file its reply papers in support of its Motion for Summary Judgment.
2. The hearing date, for oral argument, shall be remain on April 24, 2020.

//
//
//

**SO STIPULATED.**

Dated: March 10, 2020          **HUNTON ANDREWS KURTH**

                                           _/s/ Karen Jennings Evans_
                                           Emily Burkhardt Vicente
                                           Karen Jennings Evans
                                           Attorney for Defendant
                                           UPS Ground Freight

Dated: March 10, 2020          **LAW OFFICES OF ELLEN DOVE**

                                           _/s/ Ellen C. Dove_
                                           (as authorized on March 10, 2020)
                                           Ellen C. Dove
                                           Attorney for Plaintiff
                                           Tyrone Doutherd

## **ORDER**

The Stipulation of the Parties is accepted. It IS HEREBY ORDERED that UPSF shall have up to and including March 25, 2020 to file its reply papers in support of its Motion for Summary Judgment. The hearing date for oral argument shall remain on April 24, 2020.

IT IS SO ORDERED.

DATED: March 16, 2020

                                                        _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE